**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

JAVIER FIGUEROA,　　　　　　　　　　　　　Case No. 21-CV-7282 (MKV)

　　　　　　　　　Plaintiff,

　　-against-

57th RESTAURANT ASSOCIATES LLC d/b/a
Rue 57,

　　　　　　　　　Defendant.
----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-styled action is voluntarily dismissed <u>without prejudice</u> against the Defendant.

Dated: September 3, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**Akin Law Group PLLC**

　　　　　　　　　　　　　　　　　　　　　*/s/ Robert D. Salaman*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Robert D. Salaman
　　　　　　　　　　　　　　　　　　　　　45 Broadway, Suite 1420
　　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　　(212) 825-1400
　　　　　　　　　　　　　　　　　　　　　rob@akinlaws.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*